KARL HALL
Reno City Attorney
BRIAN SOOUDI
Nevada Bar #9195
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
sooudib@reno.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOSHUA BEELER,

    Plaintiff,

vs.

MICHAEL MULLEN, *et al.*,

    Defendants.

Case No.: 3:18-CV-00316-RCJ-WGC

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Joshua Beeler, representing himself, and Defendant Michael Mullen by and through his respective undersigned counsel, stipulate to the dismissal of all claims in this action, with prejudice. Each party shall bear its own attorney's fees and costs.

DATED this 17th day of December, 2018.

By: _____
JOSHUA BEELER #1181141
Humbolt Conservation Camp
P.O. Box 1069
Winnemucca, NV 89446
*Pro Se*

DATED this 19 day of December, 2018.

KARL S. HALL
Reno City Attorney

By: _____
BRIAN M. SOOUDI, ESQ.
Nevada State Bar #9195
Post Office Box 1900
Reno, Nevada 89505

*Attorneys for City of Reno*

IT IS SO ORDERED this 14th day of January, 2019.

_____
ROBERT C. JONES